# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971–4 | User: tleyba | Date Created: 3/27/2013 | |
| Case: 13–41785 | Form ID: B9I | Total: 21 | |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Frank Sebastian Hernandez | 12 El Pintado Court | Pittsburg, CA 94565–4322 | | |
| jdb | Maria Guadalupe Hernandez | 12 El Pintado Court | Pittsburg, CA 94565–4322 | | |
| ust | Office of the U.S. Trustee/Oak | Office of the U.S. Trustee | 1301 Clay St. #690N | Oakland, CA 94612 | |
| tr | Martha G. Bronitsky | P.O. Box 9077 | Pleasanton, CA 94566 | | |
| aty | Patrick L. Forte | Law Offices of Patrick L. Forte | 1 Kaiser Plaza #480 | Oakland, CA 94612–3610 | |
| smg | Labor Commissioner | 1515 Clay St. | Room 801 | Oakland, CA 94612 | |
| smg | State Board of Equalization | Collection Dept. | P.O. Box 942879 | Sacramento, CA 94279 | |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280–0001 | |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812–2952 | |
| 13170403 | Bank of America | PO Box 15019 | Wilmington, DE 19886–5019 | | |
| 13170404 | Bayside Medical Group, Inc. | 11875 Dublin Blvd., Suite C140 | Dublin, CA 94568–2813 | | |
| 13170405 | Direct TV | PO Box 78626 | Phoenix, AZ 85062–8626 | | |
| 13170406 | Franchise Tax Board | Special Procedures | P.O. Box 2952 | Sacramento, CA 95812 | |
| 13170407 | GECRB/JCP | PO Box 960090 | Orlando, FL 32896–0090 | | |
| 13170410 | Internal Revenue Service | Insolvency Section | 1301 Clay St., #1400S | Oakland, CA 94612 | |
| 13170409 | Internal Revenue Service | P.O. Box 21126 | Philadelphia, PA 19114 | | |
| 13170411 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101–7346 | | |
| 13170408 | Internal Revenue Service | Service Center | Fresno, CA 93888 | | |
| 13170412 | Macy's | PO Box 689195 | Des Moines, IA 50368–9195 | | |
| 13170413 | Social Security Administration | 1500 Woodlawn Drive | Baltimore, MD 21241–1500 | | |
| 13170414 | Wells Fargo Home Mortgage | PO Box 30427 | Los Angeles, CA 90030–0427 | | |

TOTAL: 21